UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TELLY ALEXANDER HEALTH,

Petitioner,

v.

TROY BOWSER,

Respondent.

Case No. 2:18-cv-00239-SB

**ORDER**

---

**MICHAEL H. SIMON, District Judge**

Respondent moves the Court to dismiss Petitioner's Habeas Corpus Petition (ECF No. 2) on the basis that he has not exhausted his available state remedies as to his claims of ineffective assistance of trial and appellate counsel. Petitioner does not oppose the Motion. Accordingly, this Court orders that Petitioner's Habeas Corpus Petition (ECF No. 2) is DISMISSED, without prejudice.

///

///

///

1 - ORDER

This Court declines to issue a Certificate of Appealability because Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this 26th day of March, 2018.

MICHAEL H. SIMON
United States District Judge

2 - ORDER